Proceedings include all events.
3:00cv1999 USA v. McGovern
                                                                    APPEAL
                                                                    CLOSED

| Date | # | Entry |
|---|---|---|
| 10/17/00 | 1 | COMPLAINT (bpd) [Entry date 10/18/00] |
| 10/18/00 | -- | SUMMONS(ES) issued for Monica McGovern (bpd) [Entry date 10/18/00] |
| 12/21/00 | 2 | SUMMONS Returned Executed on 12/13/00 as to Monica McGovern (rrs) [Entry date 12/21/00] |
| 12/21/00 | 3 | AFFIDAVIT of Miitary Service of Norris H. Horton by USA Re [2-1] executed summons (rrs) [Entry date 12/21/00] |
| 1/4/01 | 4 | MOTION by USA for Entry of Default as to Monica McGovern for failure to plead (bag) [Entry date 01/08/01] |
| 1/4/01 | 5 | AFFIDAVIT of Christine Sciarrino by USA Re [4-1] motion for Entry of Default as to Monica McGovern for failure to plead (bag) [Entry date 01/08/01] |
| 1/11/01 | 6 | APPEARANCE of Attorney for Monica McGovern -- Thomas J. Young (bag) [Entry date 01/12/01] |
| 1/17/01 | -- | ENDORSEMENT granting [4-1] motion for Entry of Default as to Monica McGovern for failure to plead. Default entered as to Monica McGovern. Filing of Motion for Default Judgment by 2/16/01 for Monica McGovern (Signed by Clerk) (bag) [Entry date 01/17/01] |
| 2/28/01 | 7 | MOTION by USA for Default Judgment against Monica McGovern (bag) [Entry date 03/07/01] |
| 2/28/01 | 8 | AFFIDAVIT of Eulalie J. Seraphin by USA Re [7-1] motion for Default Judgment against Monica McGovern (bag) [Entry date 03/07/01] |
| 3/14/01 | 9 | ANSWER & Special Defense to Complaint by Monica McGovern (jrb) [Entry date 03/16/01] |
| 4/20/01 | -- | ENDORSEMENT denying [7-1] motion for Default Judgment against Monica McGovern ( signed by Judge Robert N. Chatigny ) (bag) [Entry date 04/23/01] |
| 4/20/01 | 10 | NOTICE AND ORDER: It is ORDERED that plaintiff file and serve on 05/11/01 a memorandum showing why this action should not be dismissed, 26(f) Report of Conference Due 5/11/01 ( signed by Judge Robert N. Chatigny ) (bag) [Entry date 04/23/01] |
| 4/26/01 | -- | ENDORSEMENT vacating [10-1] order (signed by Judge Robert N. Chatigny) (bag) [Entry date 04/26/01] |
| 11/19/01 | 11 | NOTICE to Counsel Regarding Rule 16(a) Lack of Prosecution. Status Report due on 12/9/01 ( Signed by Judge Robert N. Chatigny ) (jdw) [Entry date 11/19/01] |

Docket as of December 5, 2002 10:05 am                                Page 3

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

USA

V.

MCGOVERN

DOCKET NO 3: 00 CV 1999  (RNC)

USCA NO:

### CLERK'S CERTIFICATE

I, Kevin F. Rowe, Clerk of the United States District Court for the District of Connecticut, do hereby certify that the foregoing copies of the Docket Entries and the documents numbered **1** through **23** inclusive, constitute the Index to the Record on Appeal in the above-captioned case.

I further certify that transmission of the **Index to the Record** on Appeal has been effected under date of December 5, 2002, pursuant to Rule 11 (b) of the Federal Rules of Appellate Procedure.

Dated at New Haven, Connecticut, this December 5, 2002.

KEVIN F. ROWE, CLERK
BY

FIDELIS BASILE
Deputy Clerk

